# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–29109–mkn</u>
**Chapter 7**

In re: (Name of Debtor)
   RODNEY ANTHONY FOX                       SHERRY DANIELLE FOX
   1283 DRESSEN AVE                            1283 DRESSEN AVE
   LAS VEGAS, NV 89123                      LAS VEGAS, NV 89123

Social Security No.:
   xxx–xx–9503                                         xxx–xx–2792

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 4/23/10                                        BY THE COURT

                                                               *Mary A. Schott*

                                                               Mary A. Schott
                                                               Clerk of the Bankruptcy Court